UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIA H. SHAIKH,

                              Plaintiff,

        -against-

DEBORAH H. SCHRON, et al.,

                              Defendants.

1:25-CV-10148 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 5, 2025, Plaintiff Zia H. Shaikh, who is appearing *pro se*, filed the complaint commencing this civil action. The Court dismisses this civil action without prejudice for the following reason.

On December 6, 2025, Plaintiff filed another *pro se* civil action in this court, which the Court ordered transferred to the United States District Court for the District of New Jersey on December 12, 2025. *See Shaikh v. Schron*, ECF 1:25-CV-10168, 5 (S.D.N.Y. Dec. 12, 2025). That civil action remains pending in the transferee court. *See Shaikh v. Schron*, 3:25-CV-18698 (D.N.J.).

In a letter filed in this civil action on December 11, 2025, and entered the next day, December 12, 2025, Plaintiff informs the Court that this civil action "was opened inadvertently as a duplicate of [Plaintiff's] intended action" (ECF 4), *Shaikh*, 1:25-CV-10168 (S.D.N.Y.), which, as indicated above, this Court has since transferred to the United States District Court for the District of New Jersey. Plaintiff requests that the Court dismiss this civil action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "as an accidentally-opened duplicate, and that all further proceedings proceed only" in Plaintiff's other abovementioned civil action (*id.*), which the Court has since transferred.

The Court construes Plaintiff's letter as a request for dismissal of this civil action without prejudice by court order, made pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court grants Plaintiff's request.

The Court dismisses this civil action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 7, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2